UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 09-60011-CIV-GRAHAM/TORRES

JOSE DIAZ,

    Plaintiff,
vs.

AIG MARKETING, INC.,
a Delaware Corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Motion to Tax Costs [D.E. 43].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 49]. The Magistrate Judge issued a Report [D.E. 52] recommending that Defendant's motion be granted in part and denied in part, and that Defendant be awarded a total of $2,891.52 in taxable costs. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Edwin G. Torres' Report [D.E. 52] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion to Tax Costs

[D.E. 43] is **GRANTED** in part and DENIED in part.  It is further

   **ORDERED AND ADJUDGED** that Defendant is awarded a total of $2,891.52 in taxable costs.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of June, 2010.

   _____
   DONALD L. GRAHAM
   UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Torres
      All Counsel of Record